Molenda L. McCarty
Dylan L. Gallagher
County Litigation Group
2715 Skyway Drive
Helena, MT 59604-6697
Phone (406) 441-5471
mmccarty@mtcounties.org
dgallagher@mtcounties.org
*Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| DENNIS THORNTON,<br><br>Plaintiff,<br><br>v.<br><br>FLATHEAD COUNTY; TRAVIS AHNER, in his individual and official capacities; ASHLEY FRECHETTE, in her individual and official capacities; MICHAEL NOONAN in his individual and official capacities; ANGELA ROLANDO in her individual and official capacities; and JOHN and JANE DOES 1-10,<br><br>Defendants. | Cause No.: CV-25-83-DWM<br><br>DEFENDANTS' RULE 12(b)(6) MOTION TO DISMISS SECOND AMENDED COMPLAINT |

Flathead County, Travis Ahner, Ashley Frechete, Michael Noonan, and Angela Rolando, through their counsel of record, pursuant to Fed. R. Civ. P. 12(b)(6), respectfully move this Court for an order dismissing Plaintiff's Second Amended Complaint (Doc. 12) and all claims against them with prejudice. This

Motion is based on a supported by the Brief in Support filed herewith.

DATED this 31st day of October 2025.

        County Litigation Group

        */s/ Molenda L. McCarty*
        Molenda L. McCarty

## CERTIFICATE OF SERVICE

I certify that on the 31st day of October 2025 a true and correct copy of the foregoing *Defendants' Rule 12(b)(6) Motion to Dismiss Second Amended Complaint* was sent to plaintiff by the following means:

| | |
|---|---|
| Dennis Thornton | [X] U.S. Mail, postage prepaid |
| 151 Amatasia Lane | [ ] Overnight Delivery |
| Kalispell, MT 59901 | [ ] Hand Delivery |
| thorcoinc@outlook.com | [ ] Email |

        */s/ Molenda L. McCarty*
        Molenda L. McCarty