Prepared by:
Dennis Thornton,
Plaintiff Pro Se
151 Amatasia Lane
Kalispell, MT 59901
thorcoinc@outlook.com
(406) 261-6814

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| **DENNIS THORNTON,** | Case No. CV-25-83-M-DWM |
| **Plaintiff,** | **PLAINTIFF'S MOTION FOR LEAVE TO FILE** |
| v. | **SUR REPLY L.R.7.1(d)(1)(D)** |
| **FLATHEAD COUNTY, et al.,**<br>**Defendants.** | |

Plaintiff Dennis Thornton, appearing pro se, respectfully moves pursuant to L.R. 7.1(d)(1)(D) for leave to file the attached sur-reply brief. Good cause exists because Defendants' Reply (Doc. 35) raises multiple new arguments and misrepresentations that Plaintiff has never had an opportunity to address, including:

1. A brand-new contention that the Flathead County Sheriff's explicit no-probable-cause determination is "irrelevant" because the Sheriff has "no supervisory authority" over the County Attorney (Doc. 35 at 4-5);

1

2. A brand-new assertion that a citation issued under Mont. Code Ann. § 46-6-310 is not a Fourth Amendment seizure (id. at 9);

3. A brand-new claim that Plaintiff's cited Ninth Circuit authority, *Awabdy v. City of Adelanto*, "does not seem to exist" (id. at 9-10);

4. Brand-new mischaracterizations of three Monell cases (AE ex rel. Hernandez, Long, and Clouthier) (id. at 11-12);

5. A brand-new demand that Count VI be dismissed with prejudice despite Plaintiff's prior consent only to dismissal without prejudice (id. at 12-13).

The remainder of the Reply is a near-verbatim repetition of arguments already presented in Defendants' opening brief (Doc. 33) and their prior motion to dismiss (Doc. 8). Repeating previously rejected arguments is a transparent delay tactic designed to avoid answering the Second Amended Complaint. Because the Reply raises new matters, a concise sur-reply limited to those issues is necessary and proper.

WHEREFORE, Plaintiff requests leave to file the attached sur-reply not to exceed 3250 words. (**Local Rule 7.1(d)(1)(C) (Length of Briefs)**: **Sur-replies**: Treated as additional reply briefs, so capped at **3,250 words** (or 10 pages). This is confirmed in the 2022 Local Rules (effective as of the current date, December 08, 2025, with no changes noted in proposed amendments)). This Sur reply contains

2

2092 words.


DATED: December 8, 2025

Respectfully submitted,

*/s/ Dennis Thornton*

Dennis Thornton, Pro Se
151 Amatasia Lane
Kalispell, MT 59901
Tel: (406) 261-6814
Email: thorcoinc@outlook.com

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I physically filed the foregoing with the Clerk of the United States District Court for the District of Montana on December 8, 2025. I further certify that on the same day all participants in the case were sent a copy of the foregoing document via First-Class Mail, postage prepaid, and/or by electronic ECF service as shown below, as certified upon the Summons and Notices of Service returned and filed with the court:

Flathead County
Flathead County Attorney's Office,
820 S Main St
Kalispell, MT 59901

Travis Ahner
Flathead County Attorney's Office,
820 S Main St.
Kalispell, MT 59901

Ashley Frenchette
Flathead County Attorney's Office
820 S Main St
Kalispell, MT 59901

Michael Noonan
Flathead County Attorney's Office,
820 S Main St
Kalispell, MT 59901

Angela Rolando
Flathead County Attorney's Office,.
820 S Main St
Kalispell, MT 59901

Molinda L. McCarty
MACO Counsel
County Litigation Group
2715 Skyway Dr
Helena, MO 59604-6697

DATED: December 8, 2025.

*/s/ Dennis Thornton*
DENNIS THORNTON,
Plaintiff Pro Se
151 Amatasia Lane
Kalispell, MT 59901
Tel: (406) 261-6814
Email: thorcoinc@outlook.com

5