Molenda L. McCarty
Dylan L. Gallagher
County Litigation Group
2715 Skyway Drive
Helena, MT 59604-6697
Phone (406) 441-5471
mmccarty@mtcounties.org
dgallagher@mtcounties.org
*Counsel for County Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| DENNIS THORNTON,<br><br>Plaintiff,<br><br>v.<br><br>TRAVIS AHNER, in his official and individual capacities; ASHLEY FRECHETTE, in her official and individual capacities; MICHAEL NOONAN in his official and individual capacities; and JOHN and JANE DOES 1-10,<br><br>Defendants. | Cause No.: CV-25-83-M-DWM<br><br>DEFENDANTS' DISCLOSURE STATEMENT |

Defendants Travis Ahner, Ashley Frechete, and Michael Noonan, (County Defendants), through their counsel of record, and pursuant to this Court's Order dated January 23, 2026 (Doc. 39), submit herein their Disclosure Statement as follows:

## I.     COMPUTATION OF DAMAGES

County Defendants do not seek compensatory damages but may seek attorney's fees pursuant to 42 U.S.C. § 1988.

## II.    PENDENCY OR DISPOSITION OF ANY RELATED STATE OR FEDERAL CLAIMS

County Defendants are unaware of any related state or federal claims.

## III.   PROPOSED STIPULATIONS OF FACT

a.     Dennis Thornton was charged with Trespass, a misdemeanor, pursuant to Mont. Code Ann. § 45-6-203(1) in the Justice Court of Flathead County, State of Montana on January 18, 2022.

b.     On January 19, 2022, Honorable Judge Eric Hummel found probable cause to believe that Mr. Thornton committed the offense of Trespass, a misdemeanor, in Cause No. CR-385-2022-61.

c.     On June 15, 2023, attorneys for the State of Montana moved the Justice Court for an order dismissing, without prejudice, the criminal charge against Mr. Thornton, in the interest of justice.

d.     On June 15, 2023, Honorable Judge Eric Hummel dismissed Cause No. CR-385-2022-61, with prejudice.

## IV. CONTROLLING ISSUES OF LAW SUITABLE FOR PRETRIAL DISPOSITION.

County Defendants intend to move for summary judgment on the following grounds:

    a.    County Defendants at no time fabricated evidence or acted in an investigative role in the criminal matter and are therefore Mr. Thornton's claims are barred by prosecutorial immunity.

    b.    Official capacity claims against County Defendants as it relates to Mr. Thornton's negligence claims are frivolous and duplicative and therefore barred.

    c.    County Defendants are indemnified for their actions in the course and scope of their employment and therefore the negligence claims in their individual must be dismissed.

## V. THE NAME OF EACH INDIVIDUAL KNOWN OR BELIEVED TO HAVE INFORMATION THAT MAY BE USED IN PROVING OR DENYING DEFENDANTS' CLAIMS OR DEFENSES AND A SUMMARY OF THAT INFORMATION.

    a.    Flathead County Attorney Travis Ahner. Defendant Ahner has information regarding the operations of the Flathead County Attorney's Office. Defendant Ahner has knowledge of the background, filing, and subsequent dismissal of Cause No. CR-385-2022-61 against Mr. Thornton.

b.      Flathead County Deputy County Attorney Ashley Frechete. Defendant Frechete has information regarding the operations of the Flathead County Attorney's Office. Defendant Frechete has knowledge of the background, filing, and subsequent dismissal of Cause No. CR-385-2022-61 against Mr. Thornton.

c.      Former Flathead County Deputy County Attorney Michael Noonan. Defendant Noonan has information regarding the operations of the Flathead County Attorney's Office. Defendant Noonan has knowledge of the background, filing, and subsequent dismissal of Cause No. CR-385-2022-61 against Mr. Thornton.

d.      Flathead County Deputy County Attorney Angelo Rolando. Ms. Rolando has information regarding the operations of the Flathead County Attorney's Office. Ms. Rolando has knowledge of the background, filing, and subsequent dismissal of Cause No. CR-385-2022-61 against Mr. Thornton.

e.      Sean Frampton, attorney for Whitefish Credit Union. Mr. Frampton has information regarding the trespass complaint against Mr. Thornton filed with the Flathead County Sheriff's Office.

f.      Flathead County Sheriff's Office Sergeant Keith Stahlberg. Sergeant Stahlberg has information regarding the initial criminal trespass report against Mr. Thornton.

      g.      Flathead County Sheriff's Office Detective Commander Josh Buls. Commander Buls has information regarding the initial criminal trespass report against Mr. Thornton, the subsequent investigation, and discussions with Mr. Thornton regarding access to the 890 Boon Road, Somers, Montana property.

      h.      Flathead County Sheriff Brian Heino. Sheriff Heino has information regarding interactions with Mr. Thornton regarding the 890 Boon Road property, the criminal trespass investigation, and the subsequent criminal charges.

**VI.   STATUS OF SETTLEMENT DISCUSSIONS OR PROSPECT FOR COMPROMISE.**

No settlement discussions have occurred. The likelihood of settlement is remote given the significant discrepancies in Plaintiff's and Defendants' allegations.

DATED this 6th day of February 2026.

                               County Litigation Group

                               */s/ Molenda L. McCarty*
                               Molenda L. McCarty

## CERTIFICATE OF SERVICE

I certify that on the 6th day of February 2026, a true and correct copy of the foregoing *Defendants' Disclosure Statement* was sent to all parties of record by the following means:

| | |
|---|---|
| Dennis Thornton<br>151 Amatasia Lane<br>Kalispell, MT 59901<br>thorcoinc@outlook.com | [X] U.S. Mail, postage prepaid<br>[ ] Overnight Delivery<br>[ ] Hand Delivery<br>[ ] Email |

*/s/ Molenda L. McCarty*
Molenda L. McCarty