IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

|  |  |
|---|---|
| DENNIS THORNTON, | CV 25-83-M-DWM |
| Plaintiff, |  |
| v. | ORDER |
| TRAVIS AHNER, et al., |  |
| Defendants. |  |

On January 23, 2026, the defendants' motion to dismiss was granted in part and denied in part. (*See* Doc. 38.) As part of that ruling, Plaintiff Dennis Thornton, who had filed two briefs in opposition to that motion that contained dubious citations to authority, (*see* Docs. 34, 36-1), was ordered to "conventionally file a hard copy of the complete document for legal citation in" those briefs, (Doc. 38 at 26). He was cautioned that the failure to file a response, "or an incomplete response, may result in Rule 11 proceedings." (*Id.* at 26–27.) Three days after the deadline, the Court received Thornton's response, which contained hundreds of pages of case authority. (*See* Doc. 45 (digitized version).) Following a review of those documents, Thornton was required to show cause why his conduct did not violate Federal Rule of Civil Procedure 11(b). (Doc. 48.) On March 3, 2026, Thornton filed a response, explaining that he had limited access to legal resources and improperly relied on AI in reviewing and summarizing those resources. (Doc.

1

49.) Thornton further identified his individual errors and explicitly stated that he would avoid these types of mistakes in the future. While the Court remains concerned that Thornton refuses to admit that two case citations were hallucinated, Thornton has demonstrated both that he understands the importance of the issue and the severity of the potential consequences for future misconduct. Accordingly, Rule 11 sanctions will be not imposed at this time; however, Thornton has been placed on notice and must take special care regarding his future filings. And, as previously ordered, Thornton must file the full text source material for any legal authority cited in all of his future filings.

IT IS SO ORDERED.

DATED this 5 day of March, 2026.

_____
Donald W. Molloy, District Judge
United States District Court