Molenda L. McCarty
Dylan L. Gallagher
County Litigation Group
2715 Skyway Drive
Helena, MT 59604-6697
Phone (406) 441-5471
mmccarty@mtcounties.org
dgallagher@mtcounties.org
*Counsel for County Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| DENNIS THORNTON,<br><br>Plaintiff,<br><br>v.<br><br>TRAVIS AHNER, in his official and individual capacities; ASHLEY FRECHETTE, in her official and individual capacities; MICHAEL NOONAN in his official and individual capacities; and JOHN and JANE DOES 1-10,<br><br>Defendants. | Cause No.: CV-25-83-M-DWM<br><br><br><br>DEFENDANTS' MOTION<br>IN LIMINE |

Defendants, Travis Ahner, Ashley Frechette, and Michael Noonan, through their counsel of record, respectfully move this Court for an order excluding testimony and evidence related to claims of malicious prosecution, unreasonable seizure of property, false certification, and abuse of process. Additionally,

*Defendants' Motion in Limine*                                                                 1

Defendants seek to prohibit expert testimony from Senator Mark Noland, Darren R. Breckenridge, Gerald Fritts, Sheriff Brian Heino, and Jeff Larsen.

Plaintiff has been contacted and objects to this Motion.

The grounds for this Motion are set forth in the accompanying Brief in Support.

DATED this 27th day of April 2026.

County Litigation Group

*/s/ Dylan L. Gallagher*
Dylan L. Gallagher

## CERTIFICATE OF SERVICE

I certify that on the 27th day of April 2026, a true and correct copy of the foregoing was sent to the Plaintiff by the following means:

David Thornton
151 Amatasia Lane
Kalispell, MT  59901
*thorcoinc@outlook.com*

[X] U.S. Mail, postage prepaid
[  ] Overnight Delivery
[  ] Hand Delivery
[X] Email

County Litigation Group

*/s/ Dylan L. Gallagher*
Dylan L. Gallagher

*Defendants' Motion in Limine*                                                                 2