Molenda L. McCarty
Dylan L. Gallagher
County Litigation Group
2715 Skyway Drive
Helena, MT 59604-6697
Phone (406) 441-5471
mmccarty@mtcounties.org
dgallagher@mtcounties.org
*Counsel for County Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| DENNIS THORNTON,<br><br>Plaintiff,<br><br>v.<br><br>TRAVIS AHNER, in his official and individual capacities; ASHLEY FRECHETTE, in her official and individual capacities; MICHAEL NOONAN in his official and individual capacities; and JOHN and JANE DOES 1-10,<br><br>Defendants. | Cause No.: CV-25-83-M-DWM<br><br><br><br>DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |

Defendants, Travis Ahner, Ashley Frechette, and Michael Noonan, pursuant to Rule 56 of the Federal Rules of Civil Procedure, move this Court for an order granting summary judgment in their favor on all remaining Counts alleged by Plaintiff.

*Motion for Summary Judgment*                                                          1

Defendants file contemporaneously herewith their brief in support and statement of undisputed facts.

Plaintiff has been contacted concerning this Motion and objects.

DATED this 27th day of April 2026.

County Litigation Group


*/s/ Dylan L Gallagher*
Dylan L Gallagher


## CERTIFICATE OF SERVICE

I certify that on the 27th day of April 2026, a true and correct copy of the foregoing was sent to the Plaintiff by the following means:

David Thornton                           [X] U.S. Mail, postage prepaid
151 Amatasia Lane                        [  ] Overnight Delivery
Kalispell, MT  59901                     [  ] Hand Delivery
*thorcoinc@outlook.com*                  [X] Email


County Litigation Group


*/s/ Dylan L Gallagher*
Dylan L Gallagher


*Motion for Summary Judgment*                                              2