IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| DENNIS THORNTON, | CV 25–83–M–DWM |
| Plaintiff, | |
| vs. | JUDGMENT |
| FLATHEAD COUNTY, et al., | |
| Defendants. | |

This action came before the Court for determination on the record.  A decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order of May 11, 2026, (Doc. 60), judgment is entered in favor of Defendants and against Plaintiff. The above-entitled matter is closed.

Dated this 11th day of May, 2026.

TYLER P. GILMAN, CLERK

/s/ Tyler P. Gilman