

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**

9589 0710 5270 4053 1200 88

:nton
a Ln
59901

Correction

US POSTAGE IMI PITNEY BOWES

ZIP 59901     $ 021.20⁰
02 7H
0006190686     MAY 07 2026

Russel Smith Federal Courthouse
201 E Broadway, Ste 310
Missoula, MT 59802