# UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA (MISSOULA DIVISION)

| | |
|---|---|
| **DENNIS THORNTON,** | **Case No. CV 25-83-M-DWM** |
| **Plaintiff / Appellant,** | **NOTICE OF APPEAL** |
| v. | |
| **FLATHEAD COUNTY,**<br>**TRAVIS AHNER,**<br>**ASHLEY FRECHETTE,**<br>**MICHAEL NOONAN, and**<br>**ANGELA ROLANDO,** | |
| **Defendants / Appellees.** | |

**Notice** is hereby given that **Dennis Thornton**, Plaintiff/Appellant, proceeding pro se, hereby appeals to the **United States Court of Appeals for the Ninth Circuit** from the final **Opinion and Order** entered by the Honorable Donald W. Molloy, United States District Judge, (ECF #60; EXHIBIT A) which granted summary judgment in favor of Defendants/Appellees on the grounds of absolute prosecutorial immunity and vacated the scheduled jury trial.

This appeal is taken from the final judgment disposing of all remaining claims in this action.

1

**Appellant:**

Dennis Thornton, pro se
151 Amatasia Ln.
Kalispell, MT 59901
(406) 261-6814
thorcoinc@outlook.com


**Appellees:**

Flathead County,
Travis Ahner,
Ashley Frechette,
Michael Noonan, and
Angela Rolando
Molenda L. McCarty Dylan L. Gallagher County Litigation Group 2715 Skyway
Drive Helena, MT 59604-6697 Phone (406) 441-5471 mmccarty@mtcounties.org
dgallagher@mtcounties.org (Counsel for County Defendants)


**Basis of the Appeal**

The District Court abused its discretion and committed reversible legal error in granting summary judgment. The Court's ruling is in direct contradiction to binding Ninth Circuit precedent and established federal law in multiple respects:

1. **Prosecutorial Immunity** The District Court erroneously applied absolute immunity to conduct that falls outside its scope. Prosecutors are entitled only to **qualified immunity** when they perform investigative functions normally performed by police officers or engage in conduct outside the traditional prosecutorial role. *Genzler v. Longanbach*, 410 F.3d 630, 636–37 (9th Cir. 2005). The record contains genuine disputes regarding whether Defendants

2

fabricated or relied upon false evidence concerning property ownership and engaged in direct investigative contact with witnesses.

2. **Disputed Issues of Material Fact Reserved for Jury** The District Court improperly resolved disputed issues of material fact — including whether Defendants fabricated documents, made false representations, and conducted investigative activities — instead of viewing the evidence in the light most favorable to the non-moving party. Summary judgment is improper where a reasonable jury could return a verdict for Plaintiff. Fed. R. Civ. P. 56(a); *Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 248 (1986); *Tatum v. Moody*, 768 F.3d 806, 814 (9th Cir. 2014).

3. **Seventh Amendment Right to Jury Trial** Plaintiff's remaining claims under 42 U.S.C. § 1983 carry a constitutional right to trial by jury. *City of Monterey v. Del Monte Dunes at Monterey, Ltd.*, 526 U.S. 687, 707–08 (1999). The District Court erred by removing these factual disputes from the jury.

**Partial Anticipated Requested Relief**

Appellant respectfully requests that the Ninth Circuit reverse the Opinion and Order in its entirety, hold that absolute prosecutorial immunity does not shield the conduct at issue, and remand this matter for trial by jury on the merits of the remaining claims.

3

Dated: May 21, 2026

Respectfully submitted,

**Dennis Thornton**
Appellant, Pro Se
151 Amatasia Ln.
Kalispell, MT 59901
(406) 261-6814
thorcoinc@outlook.com
**Date:** May 21, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2026, a true and correct copy of the foregoing **Notice of Appeal** was served via U.S. Mail (first-class postage prepaid) and/or via CM/ECF electronic notification upon all counsel of record for Appellees at the addresses appearing on the docket and below in this case:

Flathead County,
Travis Ahner,
Ashley Frechette,
Michael Noonan, and
Angela Rolando
Molenda L. McCarty Dylan L. Gallagher County Litigation Group 2715 Skyway Drive Helena, MT 59604-6697 Phone (406) 441-5471 mmccarty@mtcounties.org dgallagher@mtcounties.org (Counsel for County Defendants)

Dated: May 21, 2026

Respectfully submitted,

**Dennis Thornton**
Appellant, Pro Se
151 Amatasia Ln.
Kalispell, MT 59901
(406) 261-6814
thorcoinc@outlook.com
**Date:** May 21, 2026

5