# UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
### MISSOULA DIVISION

| | |
|---|---|
| **DENNIS THORNTON,** | **No. 9:25-cv-00083-DWM** |
| **Plaintiff-Appellant,** | **Ninth Cir. App. No. 26-3522** |
| **v.** | |
| **FLATHEAD COUNTY;** | **PLAINTIFF-APPELLANT** |
| **TRAVIS AHNER, in his official** | **DENNIS THORNTON'S** |
| **and individual capacities;** | **DESIGNATION OF** |
| **ASHLEY FRECHETTE, in her** | **RECORD ON APPEAL** |
| **official and individual capacities;** | |
| **MICHAEL NOONAN, in his** | |
| **official and individual capacities;** | |
| **ANGELA ROLANDO, in her official** | |
| **and individual capacities;** | |
| **and JOHN AND JANE DOES 1–10,** | |
| **Defendants-Appellees.** | |

Plaintiff-Appellant Dennis Thornton, proceeding pro se, respectfully designates the following district court record for the appeal to the United States Court of Appeals for the Ninth Circuit from the May 11, 2026 Opinion and Order granting summary judgment and the May 11, 2026 Clerk's Judgment.

This designation includes the entire district court docket and specifically includes the pleadings, motions, responses, replies, orders, summary-judgment materials, exhibits, judgment, notice of appeal, and appellate docketing notice relevant to review of the issues on appeal, including absolute prosecutorial immunity, fabrication of evidence, Rule 56(d), incomplete discovery, summary judgment, and the related negligence claim.

DESIGNATION OF ENTIRE DISTRICT COURT RECORD

Plaintiff-Appellant designates the entire district court record in Thornton v. Flathead County et al., Case No. 9:25-cv-00083-DWM, including all docket entries, pleadings, motions, briefs, responses, replies, orders, judgments, notices, attachments, exhibits, and clerk's entries.

Without limiting that general designation, Plaintiff-Appellant specifically designates the following docket entries:

1. Dkt. 1, filed 06/13/2025: Complaint against all Defendants filed by Dennis Thornton.

2. Filing fee entry, filed 06/13/2025: Filing fee received, receipt no. 900019588.

3. Dkt. 2, filed 06/13/2025: Notice of Case Opening regarding Complaint; docket sheet and consent/registration forms mailed to Plaintiff.

4. Dkt. 3, filed 06/27/2025: Summons issued as to Roland, Frechette, Noonan, and Ahner, with attachments.

5. Dkt. 4, filed 07/08/2025: Summons issued as to Flathead County.

6. Dkt. 5, filed 07/25/2025: Amended Complaint against all Defendants filed by Dennis Thornton.

7. Dkt. 6, filed 07/25/2025: Summons issued as to Angela Rolando.

8. Dkt. 7, filed 08/04/2025: Defendants' Motion to Dismiss for Failure to State a Claim.

9. Dkt. 8, filed 08/04/2025: Defendants' Brief/Memorandum in Support of Motion to Dismiss.

10. Notice of Correction, filed 08/04/2025: Notice of Correction regarding Dkts. 7 and 8.

11. Dkt. 9, filed 08/04/2025: Service of Notification of Assignment to Magistrate Judge form.

12. Dkt. 10, filed 08/04/2025: Individual Party Notice Regarding Consent to Jurisdiction by U.S. Magistrate Judge form.

13. Dkt. 11, filed 08/12/2025: Plaintiff's Response to Defendants' Motion to Dismiss.

14. Dkt. 12, filed 08/18/2025: Second Amended Complaint against all Defendants.

15. Dkt. 13, filed 08/18/2025: Individual Party Notice Regarding Consent to Jurisdiction by U.S. Magistrate Judge form.

16. Dkt. 14, filed 08/19/2025: Clerk's Notice of Reassignment to Judge Donald W. Molloy; case number updated to CV 25-83-M-DWM.

17. Dkt. 15, filed 08/25/2025: Defendants' Motion to Strike Second Amended Complaint.

18. Dkt. 16, filed 08/25/2025: Defendants' Brief/Memorandum in Support of Motion to Strike Second Amended Complaint.

19. Dkt. 17, filed 08/26/2025: Defendants' Reply in Support of Motion to Dismiss.

20. Dkt. 18, filed 09/02/2025: Affidavit of Service for Ashley Frechette.

21. Dkt. 19, filed 09/02/2025: Affidavit of Service for Flathead County.

22. Dkt. 20, filed 09/02/2025: Affidavit of Service for Travis Ahner.

23. Dkt. 21, filed 09/02/2025: Affidavit of Service for Michael Noonan.

24. Dkt. 22, filed 09/02/2025: Affidavit of Service for Angela Rolando.

25. Dkt. 23, filed 09/03/2025: Plaintiff's Notice of Errata regarding Dkt. 24.

26. Dkt. 24, filed 09/04/2025: Plaintiff's Motion to Disqualify or for Recusal, with Exhibits A–C.

27. Dkt. 25, filed 09/15/2025: Plaintiff's Sur-Reply and Motion to Strike.

28. Dkt. 26, filed 09/17/2025: Defendants' Motion to Strike Plaintiff's Motion for Recusal.

29. Dkt. 27, filed 09/17/2025: Defendants' Brief/Memorandum in Support of Motion to Strike Motion for Recusal.

30. Dkt. 28, filed 09/17/2025: Defendants' Motion to Strike Plaintiff's Motion to Strike.

31. Dkt. 29, filed 09/17/2025: Defendants' Brief/Memorandum in Support of Motion to Strike Plaintiff's Motion to Strike.

32. Dkt. 30, filed 10/03/2025: Plaintiff's Response to Defendants' Motions to Strike.

33. Dkt. 31, filed 10/10/2025: Order denying Plaintiff's motion to disqualify and motion for default; denying Defendants' motion to dismiss as moot; denying Defendants' motions to strike; ordering future compliance with rules.

34. Dkt. 32, filed 10/31/2025: Defendants' Motion to Dismiss for Failure to State a Claim.

35. Dkt. 33, filed 10/31/2025: Defendants' Brief/Memorandum in Support of Motion to Dismiss.

36. Dkt. 34, filed 11/12/2025: Plaintiff's Response to Defendants' Motion to Dismiss.

37. Dkt. 35, filed 11/26/2025: Defendants' Reply in Support of Motion to Dismiss.

38. Dkt. 36, filed 12/11/2025: Plaintiff's Motion for Leave to File Sur-Reply, with proposed sur-reply and verification of case citations.

39. Dkt. 37, filed 12/19/2025: Order denying Plaintiff's Motion for Leave to File Sur-Reply.

40. Dkt. 38, filed 01/23/2026: Opinion and Order granting in part and denying in part Defendants' Motion to Dismiss.

41. Dkt. 39, filed 01/23/2026: Scheduling Order setting motions deadline, pretrial order deadline, final pretrial conference, and jury trial.

42. Dkt. 40, filed 02/06/2026: Answer to Second Amended Complaint by Travis Ahner, Ashley Frechette, and Michael Noonan.

43. Dkt. 41, filed 02/06/2026: Disclosure Statement by Defendants Ahner, Frechette, and Noonan.

44. Dkt. 42, filed 02/06/2026: Plaintiff's Motion for Extension of Time to Comply with Scheduling Order.

45. Dkt. 43, filed 02/09/2026: Order granting Plaintiff's Motion for Extension of Time.

46. Dkt. 44, filed 02/09/2026: Disclosure Statement by Dennis Thornton.

47. Dkt. 45, filed 02/09/2026: Remark regarding voluminous documents received from Plaintiff in response to Dkt. 38, including attachments 1–9.

48. Dkt. 46, filed 02/18/2026: Notice of Errata and Corrected Document regarding Dkt. 45, with attachment.

49. Dkt. 47, filed 02/18/2026: Courtesy copy of letter from Thornton to Ms. McCarty, MACO.

50. Dkt. 48, filed 02/20/2026: Order to Show Cause.

51. Dkt. 49, filed 03/03/2026: Plaintiff's Response to Order to Show Cause.

52. Dkt. 50, filed 03/05/2026: Order regarding Order to Show Cause; no Rule 11 sanctions imposed at that time.

53. Dkt. 51, filed 03/17/2026: Discovery Requests and Expert Witness Disclosures by Dennis Thornton; sealed and not considered part of the record per docket notice.

54. Discovery notice entry, filed 03/17/2026: Notice regarding discovery under Local Rule 26.2(a); Dkt. 51 sealed and not considered part of the record.

55. Dkt. 52, filed 04/27/2026: Defendants' Motion in Limine.

56. Dkt. 53, filed 04/27/2026: Defendants' Brief/Memorandum in Support of Motion in Limine.

57. Dkt. 54, filed 04/27/2026: Errata to Dkt. 53, with exhibits attached.

58. Dkt. 55, filed 04/27/2026: Defendants' Motion for Summary Judgment.

59. Dkt. 56, filed 04/27/2026: Defendants' Brief/Memorandum in Support of Motion for Summary Judgment.

60. Dkt. 57, filed 04/27/2026: Defendants' Statement of Undisputed Facts in support of Motion for Summary Judgment, with exhibits.

61. Dkt. 58, filed 05/04/2026: Plaintiff's Response to Defendants' Motion in Limine, with legal authority attachment.

62. Dkt. 59, filed 05/04/2026: Plaintiff's Response to Defendants' Motion for Summary Judgment, with legal authority, Declaration of Dennis Thornton, and legal authority to declaration.

63. Dkt. 60, filed 05/11/2026: Opinion and Order granting Defendants' Motion for Summary Judgment, vacating trial and deadlines, directing entry of judgment, and denying Motion in Limine as moot.

64. Dkt. 61, filed 05/11/2026: Clerk's Judgment.

65. Dkt. 62, filed 05/11/2026: Plaintiff's Motion to Compel, Motion for Sanctions, and Motion to Amend Scheduling Order, with Exhibits A–B, legal authority, and envelope.

66. Dkt. 63, filed 05/12/2026: Text Order denying Dkt. 62 as moot.

67. Dkt. 64, filed 05/27/2026: Notice of Appeal as to Dkt. 60, with Exhibit A; filing fee paid.

68. USCA appeal fee entry, filed 05/27/2026: Appeal fees received, receipt no. DMTX9-20352, regarding Notice of Appeal.

69. Dkt. 65, filed 06/01/2026: Ninth Circuit Docketing Notice, Case No. 26-3522, and Time Schedule Order.

## SPECIFIC DESIGNATION OF UPLOADED OR IDENTIFIED APPEAL DOCUMENTS

Plaintiff-Appellant specifically designates the following documents, all of which are part of or relate to the district court record and the appeal:

1. DENNIS ORIG FLATHEAD COMPLAINT.pdf — Dkt. 1, filed 06/13/2025 — Original Complaint and initiating pleading.

2. DENNIS AMENDED FLATHEAD COMPLAINT.pdf — Dkt. 5, filed 07/25/2025 — Amended Complaint.

3. Second Amended Complaint / Operative Complaint — Dkt. 12, filed 08/18/2025 — Operative complaint referenced in Judge Molloy's orders.

4. DENNIS MOT FOR SUMM JDG FLATHEAD CTY.pdf — Dkt. 55, filed 04/27/2026 — Defendants' Motion for Summary Judgment.

5. DENNIS BRIEF IN SUPP OF SUMM JDG FLATHEAD CTY.pdf — Dkt. 56, filed 04/27/2026 — Defendants' Brief in Support of Motion for Summary Judgment.

6. DENNIS STMT UNDISP FACT FLATHEAD CTY.pdf — Dkt. 57, filed 04/27/2026 — Defendants' Statement of Undisputed Facts and exhibits.

7. DENNIS RESP TO MOT FOR SUMM JDG.pdf — Dkt. 59, filed 05/04/2026 — Plaintiff's Response in Opposition to Defendants' Motion for Summary Judgment, including attachments listed on the docket.

8. DENNIS ORDER FROM MOLLOY DIS FLATHEAD CTY Case.pdf — Dkt. 60, filed 05/11/2026 — Opinion and Order granting summary judgment, vacating trial and deadlines, and directing entry of judgment.

9. Clerk's Judgment — Dkt. 61, filed 05/11/2026 — Final judgment.

10. Notice of Appeal — Dkt. 64, filed 05/27/2026 — Notice of Appeal to the Ninth Circuit from Dkt. 60.

11. DENNIS 07072026 DESIG OF RECORD RE 9TH CIR APP FLATHEAD CTY.pdf — District docket report / appeal record reference, printed 07/07/2026 — Civil docket report identifying district court entries, parties, judgment, Notice of Appeal, and Ninth Circuit Case No. 26-3522.

## DESIGNATION OF ATTACHMENTS, EXHIBITS, AND INCORPORATED MATERIALS

Plaintiff-Appellant designates all attachments, exhibits, declarations, legal-authority attachments, envelopes, corrected documents, and

incorporated materials filed with or referenced in the docket entries designated above, including but not limited to:

1. All summonses and affidavits of service.

2. All exhibits to Plaintiff's Motion to Disqualify or for Recusal, Dkt. 24.

3. All attachments to Plaintiff's Motion for Leave to File Sur-Reply, Dkt. 36.

4. All attachments to Plaintiff's voluminous documents filed in response to Dkt. 38, including Dkt. 45 attachments 1–9 and corrected material at Dkt. 46.

5. All exhibits and attachments to Defendants' Motion in Limine materials, Dkts. 52–54.

6. All exhibits and attachments to Defendants' Statement of Undisputed Facts, Dkt. 57.

7. The Affidavit of Michael Noonan filed with Dkt. 57.

8. The criminal trespass complaint filed against Dennis Thornton and included with or referenced in Dkt. 57.

9. The Satisfaction of Mortgage, Corrected Release of Mortgage, and any property-record materials filed with or referenced in the summary-judgment record.

10. Plaintiff's discovery responses and Defendants' discovery responses included in or attached to Dkt. 57.

11. Plaintiff's legal-authority attachment, Declaration of Dennis Thornton, and legal authority to declaration attached to Dkt. 59.

12. Plaintiff's legal-authority attachment to Dkt. 58.

13. Plaintiff's Exhibits A–B, legal-authority exhibits, and envelope attached to Dkt. 62.

14. Exhibit A attached to the Notice of Appeal, Dkt. 64.

15. Any material expressly cited or relied on by the district court in Dkts. 31, 37, 38, 39, 43, 48, 50, 60, 61, or 63.

## REQUEST TO CLERK

Plaintiff-Appellant respectfully requests that the Clerk of the United States District Court for the District of Montana maintain and transmit the complete district court record in accordance with the Federal Rules of Appellate Procedure and the Ninth Circuit Rules.

Plaintiff-Appellant further requests that the Clerk ensure that the record available for appellate review includes:

1. The complete district court docket sheet.

2. All documents designated above.

3. All attachments and exhibits to the designated documents.

4. The May 11, 2026 Opinion and Order, Dkt. 60.

5. The May 11, 2026 Clerk's Judgment, Dkt. 61.

6. The May 27, 2026 Notice of Appeal, Dkt. 64.

7. The Ninth Circuit docketing notice, Dkt. 65.

8. Any transcripts designated above that exist or are ordered.

## RESERVATION OF RIGHTS

Plaintiff-Appellant reserves the right to amend or supplement this designation if additional docket entries, attachments, exhibits, transcripts, sealed materials, corrected filings, or record materials become necessary for the appeal, including after review of any appellee designation, transcript notice, record notice, or Ninth Circuit order. Plaintiff-Appellant also reserves all rights to rely on any portion of the district court record under the Federal Rules of Appellate Procedure and Ninth Circuit Rules, whether or not separately listed above.

RESPECTFULLY SUBMITTED

Dated: JULY 7, 2026

Dennis Thornton,
Plaintiff-Appellant, Pro Se
151 Amatasia Lane
Kalispell, MT 59901
Telephone: (406) 261-6814
Email: thorcoinc@outlook.com

## CERTIFICATE OF SERVICE

I certify that on July 7, 2026, I served a true and correct copy of the

foregoing Plaintiff-Appellant Dennis Thornton's Designation of Record on

Appeal on all counsel of record by the Court's CM/ECF system, U.S. Mail,

email, or another method permitted by the Federal Rules of Appellate

Procedure and applicable rules.

Service was made on:

Molenda Lee McCarty
MACo / County Litigation Group
2715 Skyway Drive
P.O. Box 6697
Helena, MT 59604
Telephone: (406) 441-5471
Fax: (406) 441-5497
Email: mmccarty@mtcounties.org


Dylan Leo Gallagher
Montana Association of Counties / County Litigation Group
2715 Skyway Drive
Helena, MT 59604
Telephone: (406) 441-5420
Email: dgallagher@mtcounties.org


Dated: JULY 7, 2026

Dennis Thornton,
Plaintiff-Appellant, Pro Se